# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 538 |
| | : | |
| APPOINTMENT TO THE | : | CRIMINAL PROCEDURAL RULES DOCKET |
| CRIMINAL PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of February, 2022, the Honorable Frederick J. Stollsteimer, Delaware County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2025.